# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS SPANG,<br><br>Defendant. | CR 17-80-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss the Petition for Revocation of Supervised Release (Doc. 59) filed against the defendant on December 17, 2025, for the reason the United States Probation Office has confirmed the defendant's death,

IT IS HEREBY ORDERED that the United States' motion (Doc. 59) is **GRANTED** and the revocation petition (Doc. 47) is **DISMISSED**.

IT IS FURTHER ORDERED that the final revocation hearing set for Wednesday, February 25, 2026 at 1:30 p.m., is **VACATED** as moot.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of February, 2026.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge